**Order filed December 9, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00522-CV
_____

**CARRARA MARMI, S.R.L., Appellant**

**V.**

**EXPO STONES, LLC; EXPO STONES DALLAS, LLC; EXPO GRANITE MARBLE, LLC; AND SAID ABUQARTOUMY, Appellees**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1157974**

---

# O R D E R

Appellant's brief was due December 3, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 10, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.